GEORGE KAMINSKY, Plaintiff, v. AMERICAN NEWSPAPERS, INC., Defendant. GEORGE KAMINSKY, Plaintiff, v. ALBANY EVENING UNION COMPANY, Defendant. GEORGE KAMINSKY, Appellant; SAMUEL M. OSTROFF, an Attorney, Respondent. — In a proceeding for a substitution of attorneys, in which the respondent sought to have fixed the amount of his lien as attorney, order confirming the report of an official referee and fixing the amount of respondent's lien at the sum of $5,732.31, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MICHAEL KATAPODIS and MILDRED KATAPODIS, Respondents, v. THE BROOKLYN SPECTATOR, INC., Appellant.— Action to recover damages for an injury due to an alleged libelous publication. Order denying defendant's motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, because the publication is not libelous *per se* and no special damages are pleaded, affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Adel, Taylor and Close, JJ., concur; Hagarty, J., dissents and votes to reverse the order and to grant the motion on the authority of *Birmingham* v. *Daily Mirror, Inc.* (*ante*, p. 838). [See *post*, p. 988.]

CELIA LIEBMAN and SAM LIEBMAN, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.— Defendant maintained a telephone pole in the yard of the premises where plaintiffs reside. The pole was used by the tenants as a clothes pole. When plaintiff-wife was standing on a ladder, engaged in disentangling a blouse from the clothesline, the ends of live wires hanging from a terminal box on the pole came in contact with her forehead over the left eye, there was a flash, and she was shocked and burned. She sues for damages and her husband for loss of services. Judgment in favor of plaintiffs, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ABRAHAM MARS, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover damages for personal injuries suffered by the plaintiff by coming in contact with a trolley car operated by the defendant, the plaintiff has recovered a judgment from which the defendant appeals. Judgment unanimously affirmed, with costs. The case was tried before the court without a jury and upon this record we may not say that the determination is against the weight of the credible evidence. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.